451

Argued and submitted July 13, reversed and remanded with instructions to enter declaratory judgment for defendant September 12, 1990

PROGRESSIVE CASUALTY INSURANCE
COMPANY,
*Respondent,*

*v.*

FARMERS INSURANCE CO. OF OREGON,
*Appellant.*

(A8809-05020; CA A61369)

796 P2d 673

William L. Hallmark, Portland, argued the cause for appellant. With him on the briefs was Hallmark, Keating & Abbott, P.C., Portland.

Richard Alan Stout, Portland, argued the cause for respondent. With him on the brief was Fellows, McCarthy & Odman, Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded with instructions to enter declaratory judgment for defendant. *Allstate Insurance Co. v. Safeco Insurance Co.*, 99 Or App 162, 781 P2d 399 (1989).